[No. 8256–6–I.   Division One.   February 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v.
RICHARD READ, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79–1–00013–7, Paul D. Hansen, J.,

entered December 7, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, C.J., and Williams, J.